UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                       DECISION AND ORDER
         v.                                                 05-CR-109A

TODD COOPER,

                        Defendant.

---

        Currently before the Court is a *pro se* motion by the defendant Todd Cooper, which he denominates "Motion to Appeal In Support of Plea Withdrawal due to Ineffective Assistance of Counsel." The Court construes this motion as a motion for reconsideration of the Court's Decision and Order filed September 12, 2006, denying his previous motion to withdraw his plea. The Court denies the motion for reconsideration for the same reasons stated in its September 12th Decision and Order.

        IT IS SO ORDERED.

                                        /s/ *Richard J. Arcara*
                                        HONORABLE RICHARD J. ARCARA
                                        CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT

DATED: January 9, 2007